# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE PAREDES (14),<br><br>　　　　　Defendant. | Case No. 22-cr-0863-JO<br><br>Booking No. 48657-509<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Superseding Indictment in the above-entitled case against defendant Jorge Paredes. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: 7/28/27.

　　　　　　　　　　　　　　　　HONORABLE JINSOOK OHTA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-